DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GLOBO AVIACAO TAXI AEREO E MANUTENCAO LTDA,**
Appellant,

v.

**JET SERVICES CENTER CORPORATION** and
**FTW INVESTMENT GROUP, INC.,**
Appellees.

No. 4D2024-0509

[October 2, 2024]

Appeal of a non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Daniel A. Casey, Judge; L.T. Case No. CACE21-011586.

Kristen M. Fiore of Akerman LLP, Tallahassee, and Ilana Gorenstein of Akerman LLP, Maimi, for appellant.

Bruce D. Green of Bruce David Green, P.A., Ft. Lauderdale, for appellee Jet Services Center Corporation.

PER CURIAM.

*Affirmed.*

GROSS and ARTAU, JJ., concur.
CONNER, J., dissents without opinion.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***